10-3832-cv
Gutierrez v. GC Servs. L.P.

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17th day of June, two thousand eleven.

PRESENT: DENNIS JACOBS,
                           <u>Chief Judge</u>,
              RALPH K. WINTER,
              BARRINGTON D. PARKER,
                           <u>Circuit Judges</u>.

- - - - - - - - - - - - - - - - - - - - -X
ANGELES GUITIERREZ, on behalf of
herself and all others similarly
situated,
              <u>Plaintiff-Appellant</u>,

         -v.-                                    10-3832-cv

GC SERVICES LIMITED PARTNERSHIP,
              <u>Defendant-Appellee</u>.
- - - - - - - - - - - - - - - - - - - - -X

**FOR APPELLANT:**      Adam J. Fishbein, Adam J. Fishbein, P.C., Cedarhurst, New York.

**FOR APPELLEES:**      David M. Schultz (Todd P. Stelter, <u>on the brief</u>), Hinshaw & Culbertson, Chicago, Illinois.

Appeal from a judgment of the United States District Court for the Eastern District of New York (Weinstein, <u>J.</u>).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED**.

Plaintiff-Appellant Angeles Gutierrez ("Gutierrez") appeals from the judgement of the United States District Court for the Eastern District of New York (Weinstein, <u>J.</u>) dated August 27, 2010, dismissing Gutierrez's complaint pursuant to Fed. R. Civ. P. 12(b)(6). We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

"We review <u>de</u> <u>novo</u> the grant of a motion to dismiss for failure to state a claim upon which relief can be granted under [Fed. R. Civ. P.] 12(b)(6)." <u>Harris v. Mills</u>, 572 F.3d 66, 71 (2d Cir. 2009). We consider the legal sufficiency of the complaint, taking its factual allegations to be true and drawing all reasonable inferences in the plaintiff's favor. <u>See</u> <u>id.</u>

Having conducted a <u>de</u> <u>novo</u> review of the record in light of these principles, we affirm the judgment below for substantially the same reasons stated by the District Court in its decision, which is as well-reasoned as it is brief.

We have considered all of Gutierrez's remaining arguments and find them to be without merit. For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED**.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK